JODI LINKER
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N 1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:        Elisse_Larouche@fd.org

Counsel for Defendant Zuniga-Ochoa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLBIN ZUNIGA-OCHOA,<br><br>Defendant. | Case No.: 4:24-mj-71590 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>Hearing Date:   February 18, 2025<br>Hearing Time:   10:30 a.m. |

The above-entitled matter is currently scheduled for a status conference regarding preliminary hearing/arraignment on February 18, 2025, at 10:30 a.m. before Magistrate Judge Ryu. The government has produced additional discovery and the defense is reviewing the discovery and a possible resolution of this case with her client. In addition, the government has provided a plea agreement, and the defense is having challenges obtaining a federally-certified interpreter to assist her with review of the plea agreement. Accordingly, the parties request that the matter be continued until February 26, 2025.

The parties STIPULATE and agree that excluding time until that date will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and

agree that the ends of justice served by excluding the time from February 18, 2025, through February 26, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The defendant also consents to extend the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 based on the need for effective preparation of defense counsel to review discovery and discuss the case with her client.

IT IS SO STIPULATED.

| February 13, 2025 | PATRICK D. ROBBINS |
| Dated | Acting United States Attorney |
| | Northern District of California |

/S
NICHOLAS PARKER
Assistant United States Attorney

| February 13, 2025 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
ELISSE LAROUCHE
Assistant Federal Public Defender

ORDER TO CONTINUE HEARING
ZUNIGA-OCHOA, 4:24-mj-71590-MAG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLBIN ZUNIGA-OCHOA,<br><br>　　　　Defendant. | Case No.: 4:24-mj-71590 MAG<br><br>**ORDER TO CONTINUE HEARING** |

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 18, 2025 through February 26, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 18, 2025 through February 26, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Further, the Court finds that the defendant consents and that, taking into account the public interest and prompt disposition of criminal cases, the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, shall be extended to February 26, 2025. Therefore, and with the consent of the parties, it is hereby

ORDERED that the time from February 18, 2025 through February 26, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

//

//

1  ORDERED that the time limit for a preliminary hearing pursuant to Fed. R. Crim. P. 5.1 be
2  extended to February 26, 2025.
3  ORDERED that the status hearing on preliminary hearing/arraignment be continued to
4  February 26, 2025.

Dated: February 13, 2025



HON. DONNA M. RYU
United States Chief Magistrate Judge